UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-CR-91-D-BM

UNITED STATES OF AMERICA

v.

DARTEZ OMAR FAULK
ROSALIND CAROL COMFORT

**ORDER**

Upon motion of the United States, with consent of both defendants, and for good cause shown, the United States' motion to amend its expert witness disclosure, filed at Docket Entry 66, is hereby GRANTED. The United States shall have until September 5, 2025, to amend its expert disclosure.

IT IS SO ORDERED, this __4__ day of __September__, 2025.

JAMES C. DEVER III
United States District Judge