UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-CR-91-D-BM

UNITED STATES OF AMERICA

v.

DARTEZ OMAR FAULK
ROSALIND CAROL COMFORT

**ORDER**

Upon motion of the United States and for good cause shown, the Clerk is hereby ORDERED to seal Docket Entry 103 until further order of this Court.

IT IS SO ORDERED, this 22 day of September, 2025.

JAMES C. DEVER III
United States District Judge