IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 7:24-CR-91-D

UNITED STATES OF AMERICA

v.

**ORDER**

DARTEZ FAULK ET AL.

Upon motion of the United States, for good cause shown based on the facts and reasons stated in the motion, it is hereby ORDERED that the Clerk of Court shall

(1)     substitute the redacted transcripts attached to the government's Motion to Publicly Redact Victims' Names (Docket Entry 164) for the transcripts filed at Docket Entries 131, 132, 139, 140 and place the unredacted versions of those transcripts under seal;

(2)     replace all victims' names with initials on the public docket in this case at Docket Entries 131, 148, 151, 158; and

(3)     seal Docket Entries 148, 151, 158 and their attachments.

It is further ORDERED that all filings filed on the public docket shall use all victims' initials in place of their full names.

This the 17 day of April, 2026.

_____
JAMES C. DEVER III
United States District Judge