UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-CR-91-D-BM-1

UNITED STATES OF AMERICA

v.

DARTEZ OMAR FAULK

ORDER

This matter comes before the court on Defendant's unopposed motion to facilitate defense counsel's contact visits with defendant at Tabor Correctional Institution. For good cause shown, the motion is GRANTED. Defense counsel shall be granted contact visits with Mr. Faulk at Tabor Correctional Institution, and is authorized to bring in an iPad, computer, disc drives, discs, USB memory sticks, legal pads and pens.

SO ORDERED this **16** day of June, 2026.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE