UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-CR-91-D-BM-1

UNITED STATES OF AMERICA

v.

DARTEZ FAULK

ORDER

On motion of the Defendant, Dartez Faulk, and for good cause shown, it is hereby ORDERED that the document at Docket Entry #189 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

SO ORDERED. This 1 day of September, 2026.

JAMES C. DEVER III
United States District Judge